

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00212-CV

IN RE BOBBY DEON DAVIS AND                                     RELATORS
YORK LANDSCAPING, LLC

------------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 153-250823-11

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: July 17, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).